**BOARD OF COMMISSIONERS OF EVERGLADES DRAINAGE DISTRICT, a corporation, v. LEO ROSEN.**

27 So. (2nd) 83                             June Term, 1946
July 16, 1946                                Division A

*Manley P. Caldwell,* for appellant.

*Redfearn & Ferrell,* for appellee.

PER CURIAM:

The decree appealed from is affirmed on authority of Smith v. City of Arcadia, 147 Fla. 375, 2 So. (2nd) 725.

BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

CHAPMAN, C. J., and TERRELL, J., dissent.